1 | David H. Stern (SBN: 196408)
sternd@hugheshubbard.com
2 | Noah Graff (SBN: 192795)
graff@hugheshubbard.com
3 | Carolin Sahimi (SBN: 260312)
sahimi@hugheshubbard.com
4 | HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
5 | Los Angeles, California 90071-3442
Telephone: (213) 613-2800
6 | Facsimile: (213) 613-2950

7 | Attorneys for Plaintiff
JIM RYAN

JS-6

9 | K. Lee Crawford Boyd (SBN: 189496)
lboyd@srbr-law.com
10 | Jeff D. Neiderman (SBN: 203818)
Rajika Shah (SBN: 232994)
11 | SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Boulevard, Suite 360
12 | Los Angeles, California 90048
Telephone: (323) 302-9488
13 | Facsimile: (323) 931-4990

14 | Attorneys for Defendant
ANTE5, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JIM RYAN, an individual,

    Plaintiff,

  v.

ANTE5, INC., a Delaware corporation,

    Defendant.

**Case No. CV11-02886 RGK (SSx)**

Assigned to the Honorable R. Gary Klausner, U.S.D.J.

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)**

Action Filed: April 11, 2011
Trial Date: May 22, 2012

-1-

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)

-2-

1  Based on the foregoing Stipulation of Dismissal, it is hereby **ORDERED** that:

2  1. All claims in the above-captioned action are dismissed in their entirety
3  with prejudice.

4  2. Each party is to bear its own fees and costs.

5  **IT IS SO ORDERED.**

6

7
8  Dated: February 27, 2012                              *[signature]*
                                                        Hon. R. Gary Klausner
9                                                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28